United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-10029-elf
Yanice Rodriguez-Diaz                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 1              Date Rcvd: Jul 13, 2016
                            Form ID: pdf900           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2016.
```
db            +Yanice Rodriguez-Diaz,    189 West Thelma Street,    Philadelphia, PA 19140-1624
13655935      +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13655937      +Central Financial Control,    Po Box 66044,    Anaheim, CA 92816-6044
13655939      +KML Law PC,    Suite 5000,    701 Market Street MBY,    Mellon Indepedence Center,
                Philadelphia, PA 19106-1541
13655942      +Philadelphia gas Works,    PO Box 3500,    Philadelphia, PA 19122-0500
13655944      +US Bank National Association,    211 North Front Street,    PO Box 15057,
                Harrisburg, PA 17105-5057
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jul 14 2016 02:05:41     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 14 2016 02:05:31     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13734625       E-mail/Text: bankruptcy@phila.gov Jul 14 2016 02:05:41     City of Philadelphia,
                Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA 19102-1595
13655936      +E-mail/Text: bankruptcy@cavps.com Jul 14 2016 02:05:28     Calvary Portfolio Services,
                500  Summit Lake Dr,   Ste 400,    Valhalla, NY 10595-2322
13672935      +E-mail/Text: bankruptcy@cavps.com Jul 14 2016 02:05:28     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13655938      +E-mail/Text: bankruptcy@phila.gov Jul 14 2016 02:05:41     City of Philadelphia,
                Law Department,    1401 JFK Blvd, 5th Floot,    Philadelphia, PA 19102-1611
13655940      +E-mail/Text: blegal@phfa.org Jul 14 2016 02:05:22     PA Housing Finance Agency,    PO Box 8029,
                Harrisburg, PA 17105-8029
13655941      +E-mail/Text: blegal@phfa.org Jul 14 2016 02:05:22     PA Housing Finance Agency,
                211 North Front Street,    Harrisburg, PA 17101-1406
13655943       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2016 02:20:52
                Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13670280       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 14 2016 02:05:04
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
                                                                                             TOTAL: 10

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2016 at the address(es) listed below:
```
              MARK W. ADAMS    on behalf of Debtor Yanice  Rodriguez-Diaz mark-law@comcast.net,
               mark-law2@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 3
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

YANICE RODRIGUEZ-DIAZ          Chapter 13

      Debtor          Bankruptcy No. 16-10029-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: July 13, 2016**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARK W ADAMS ESQ
219 RACE ST
SUITE B
PHILA, PA 19106


Debtor:
YANICE RODRIGUEZ-DIAZ

189 West Thelma Street

Philadelphia, PA 19140-